John. 8:24
Psalm 46:10    48
HEBREW 11    2:286  2:186
4:110

The First Amendment protects

Congress HAS ACTED TO REINFORCED This protection
Through Its PASSAGE of the religous Land use
And inshtuhonalize persons Act,

1975 civil Rights act
This Act was designed, to protect all citzens in
their civil and legal rights providing for
equal treatment and public accommodators
And public transportation and prohibiting
Exclustion From Jury

the religous freedom restoration Act
  For FEDERAL AND DC INmates

The religous Land use
inshtutionalize persons AcT

That relates to State and Local inmate,

(ATTACHED)

SHERMAINE CASTER #22855509
LIMESTONE COUNTY DETENTION CENTER
910 N TYUS STREET
GROESBECK, TX 76642

1) MR MOONEYHAM
(TITLE) WARDEN
(EMPLOYER)
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

4) MR WRAGGE
(TITLE) LT
(EMPLOYER)
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

MR BEAHER
TITLE MAJOR
(EMPLOYER)
LASALLE CORR.
910 N. TYUS ST
GROESBECK, TX
76642

2) MS BOLDEN
(TITLE) LT
(EMPLOYOR)
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

5) MS ESKIENE
(TITLE) LT
(EMPLOYER)
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

3) DR. MR. LAX
(TITLE) MEDICAL DR
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

6) MR ANDERSON
(TITLE) LT
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

MS EKINS
(TITLE) KITCHEN MANAGER
LASALLE CORRECTIONS
910 N. TYUS STREET
GROESBECK, TX 76642

7) MS BASS
(TITLE) OFFICER
LASALLE CORRECTIONS
GROESBECK, TX 76642

8) MS JOHNSON
(TITLE) CORPORAL
LASALLE CORRECTIONS
GROESBECK, TX 76642

(WITNESSES)                        APRIL 29, 2022

WE THE UNDERSIGN ATTEST THAT THE NAMES OF THE
SAID DEFENDANTS, HAVE DEPRIVED MR SHERMAINE LASTER
AND OTHERS IN THE MUSLIM COMMUNITY OUR FREEDOM
TO PRACTICE OUR RELIGION AND DURING THE MONTH OF
HOLY RAMADAN, HAS GIVING US DRIED UP/EXPIRED FOOD,
DENYING US JUMMAH SERVICES EVERY FRIDAY, MAKING
US PURCHASE PRAYER RUGS, QURANS, NOT BEING ABLE TO
GET MEDICAL ATTENTION AS NEEDED.



(
MR MOONEYHAM    MS ESKIENE
MS BOLDON       MR ANDERSON
DR LAX          MS JOHNSON
MR WRAGGE       MS EKINS
)

WITNESSES

1) Lavontae Mitchell #27291509
2) Demetric K Denton Sr #20615-509
3) Vincent Rodriguez #43953509
4) Arsenio Walker #59845509
5) Anthony Ray Turner #53937-177
6) Will Brooks #41321509
7) Rydell Ranard Carson #57975-177
8) Michael Clark #59835177
9) Stephon McNeal #91564509
10) Chris McGlothurn #92184509
11) Joseph Conway #32838509
12) Joshua Johnson #9222509
13) Marcela Gonzalez #92907509
14) Jose Aaron Lopez D. #95262509
15) _____ #52285509

Ashley Dynae Sanchez
My Commission Expires
03/11/2024
ID No. 132400061
NOTARY PUBLIC STATE OF TEXAS

4-29-22

## 52285509 : LASTOR, SHERMAINE M

Location: LCDC B C-1A

Limestone County TX                          4/27/2022

544

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 1060 | SPRITE 20 OZ BOTTLE | 4 | 1.75 | 7.00 |
| 1080 | COKE 20 OZ BOTTLE | 2 | 1.75 | 3.50 |
| 1150 | KOOL AID DRINK MIX TROPICAL PUNCH 6 OZ | 1 | 1.50 | 1.50 |
| 2210 | HERSHEY'S MILK CHOC 1.55 OZ | 2 | 1.30 | 2.60 |
| 2250 | ATOMIC FIREBALLS 4 OZ | 4 | 0.92 | 3.68 |
| 5100 | *RANCH SALAD DRESSING | 6 | 0.64 | 3.84 |
| 5614 | *TROPICAL SNACK MIX 4 OZ | 1 | 1.60 | 1.60 |
| 8111 | TUMBLER WITH LID 22OZ | 1 | 0.75 | 0.75 |
| 8210 | *STAMPS | 3 | 0.58 | 1.74 |
| 8427 | PRAYER RUG | 1 | 18.00 | 18.00 |
| 9024 | *SWISS ROLLS | 6 | 0.46 | 2.76 |

Balance After:        $5.01            Subtotal:      $46.97
                                       Taxes:          $2.70
Sign.                                  Total:         $49.67

*(handwritten margin notes):* MADE ME Purchase prayer rug off store list   Exibit A   Mark prayer rug.

H

# WITNESS DOCUMENTATION

*Page 1 of 2*



| Facility | Date | Time | Incident Report Number |
|----------|------|------|------------------------|
| LCDC | 4-29-22 | 0830 | |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

## WITNESS STATEMENT

| Print Name | Date of Report | Time or Report |
|------------|----------------|----------------|
| SHERMAINE LASTER | 4/29/22 | 08:45 |

| Rank/Title OR Inmate Number Custody *(Do Not Use Social Security Numbers)* | Location Where Incident Occurred |
|---|---|
| # 52285509 | C1A |

AT OR ABOUT 6:30 - 7:00 I CALLED FOR RAWIC CAUSE OFFICER JONES WOULD NOT GIVE ME THE CLEANING SUPPLIES TO CLEAN THE GYM FOR RAMADAN. LT BOLDEN CAME AND FOR THE MOST PART LT BOLDEN HAS BEEN COOPERATIVE AND HELPFUL, BUT WHEN SHE CAME HER DISPOSITION WAS OFF, IT WAS LT BOLDEN, OFFICER JONES, AND THE ENTIRE MUSLIM COMMUNITY WHO WITNESS HER (LT BOLDEN) SLAM THE DOOR ON MY FOOT, THEN THE DOOR BOUNCED BACK, LT BOLDEN THEN SAID MOVE YOUR FEET, I MOVED IT THE MINUTE THE DOOR HIT MY FOOT, THEN SHE (LT BOLDEN) SLAMMED THE DOOR AGAIN.

Form 2.15-3 (06-2020

| LASALLE CORRECTIONS | Inmate / Detainee Grievance Form | Step 1 | Facility LCDC |
|---|---|---|---|

| Instructions: Inmate/Detainees-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety) | Grievance Number: (Grievance Coordinator will assign number) 220418-LCDC-17 |
|---|---|

| Inmate/Detainee Name: SHERMAINE LASTER | Inmate/Detainee Number: 52285509 | Housing Location: C/A |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

ON APRIL 16, 2022 OFFICER ALLEN CAME INTO THE TANK, AND SAID TO ME AND TWO OTHER DETAINEES WHO WAS TALKING ABOUT BLACK LIVES MATTER, WHEN OFFICER ALLEN STATED "GIVE ME SOME FUCKING CONTRABAND", I WAS IN TOTAL SHOCK, I HAVE HEARD CO's SAY ASS BEFORE BUT NO F-K's WOW, AND THEN SHE SAID SOMETHING THAT SHOWED HER (OFFICER ALLEN) THAT SHE IS A RACIST, SHE STATED "BLUE LIVES MATTER" AND TOOK HER HAT OFF TO LIKE RUB IT IN, WHICH AS A ACTIVIST. FOR BLACK LIVES MATTER. IS VERY DISRESPECTFUL AND THIS TYPE OF ACTIONS DISPLAYED, SUPPORTS MY LAWSUIT, SHE OPENLY STATED RACIST BEHAVIOR AND COMMENTS.

| Date/Time Submitted: APRIL 18, 2022 | Inmate/Detainee Signature: | Emergency: ☑Yes ☐No |
|---|---|---|

Inmate/Detainees will not write below this line

| Date/Time Received: 4·18·22 | Grievance Coordinator Name: C. Hall | Emergency: ☐Yes ☑No |
|---|---|---|

Disposition of Grievance
Your Grievance has been carefully reviewed and the following response is submitted:

Your grievance has reached this office. Upon reading your grievance and receiving a statement from the officer involved. I also looked at the hat in question. Which is a black hat with a flag on it. Officer Allen claims she did not make any racial comments. She also stated your tank was on the shake down list so that is why she was looking for contraband. Officer Allen states she did nothing wrong.

| Date of Response: 4·19·22 | Responding Staff Member name: C. Hall |
|---|---|

If you believe the issue was not resolved and desire to appeal to step two:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

LCDC Step 1 Grievance Form

**COMPLAINT**                    Date 1/18/22

To The Honorable Court;

We the under-signed are sending you a **COMPLAINT** against Limestone county Facility, This is a ongoing **ISSUE THAT APPEARS TO BE IGNORED BY YOUR OFFICE.** The first thing and most inportantly, is the officers are **NOT BEING TESTED FOR COVID AND ARE COMING INTO THE FACILITY AND INFECTING THE DETAINEES HERE AT LCDC,** We are **DETAINEES** we have **NOT BEEN CONVICTED OF ANY CRIME,** our rights are perserved and have **NOT BEEN WAIVED**, a copy of this **COMPLAINT** has been picked up by some independent reporters. **WE ARE NOT** getting hot meals, our food that suppose to be hot is coming to inmates cold, we do not have cold water to drink days at a time, and as some of us are muslims we need fresh water and we are being denied access to the Law Library to proceed with our legal work for Court. Is this apart of your contract? Several **DETAINEES** have sent countless complaints that have **FALLEN ON DEATH EARS**. This is Enhumane and **WE DEMAND**  a full investigation.

RESPECTFULLY SUBMITTED,

## WITNESSES

**NAMES**

Brandon Wright

BRAYLON-RAY:COULTER

Rohnrico Birtfield

Da 'Lomay Anderson

Tony Browning

- John - Anderson

## COMPLAINT AND CONSTITUTIONAL VIOLATIONS
## LIMESTONE COUNTY DETENTION CENTER

To The United States Marshals:

My name is Shermaine Laster #52285509 and I am one of the Senior Leaders here as a Detainee in the Muslim Community I am being **DEPRIVED MEDICAL ATTENTION** here at Limestone County Detention Center, I filed a Grievance, but this matter should not be taken lightly, We are **NOT GETTING WATER AS NEEDED, THE WATER SYSTEM IS VERY BAD HERE, The** Hot food is served to us cold, and this Jail does what they want and when they want to do, and **COMPLAINTS** are **NOT** followed through, Staff are getting away with breaking **DENYING MEDICAL** and **ASSAULTING DETAINEES, Sgt KENDRICKS DENY ACCESS TO LAW LIBARY AND WANTS TO READ LEGAL MAIL OF DETAINEES AND MYSELF, I HAVE THE FULL SUPPORT OF ALL THE DETAINEES HERE AT LIMESTONE** And We are **DEMANDING** That a **FULL INVESTIGATION AND ARREST IF NEEDED FOR THE VIOLATION OF OUR CIVIL RIGHTS UNDER THE FIFTH AMENDMENT OF THE CONSTITUTION. I** just was given you some of the problems here, a copy of **COMPLAINTS** have been sent to the Warden Anderson and Major Moore, we are Fed up with theses **CONDITIONS** and **TIRELESS ACTS** here at LCDC, We are **DETAINEES** awaiting Trial, **INNOCENT TILL PROVEN GUILTY, AND WE DO NOT FALL UNDER THE 13TH AMENDMENT, WE ARE ALSO GOING TO BRING AWARENESS TO THE WORLD OF WHATS GOING ON IN HERE AS WELL SO A COPY OF THIS COMPLAINT WILL BE MAILED BY EACH DETAINEE TO THEIR LOVE ONES AND MULTI-MEDIA OUTLETS AND THE INSPECTOR GENERAL FOR PRISONS WILLBE ADDRESS OF THESES ACTIONS.** Thank you for your time and Cooperation and I look forward to speaking to you soon.

Respectfully Submitted,

To The Honorable Court;                                          Date 1/19/22

We the under-signed **WITNESSES ATTEST** that Dr Lax **DOES NOT PROPERLY MEDICAL EVALUATE HIS PATIENTS HERE AT LIMESTONE,** And we have heard Dr Lax tell Mr Laster that he is **COMPLAINING ABOUT TOO MANY PROBLEMS**. This is the Norm of Dr Lax, Dr Lax uses that his **PATIENTS** has germs and **DOES NOT WANT TO GET INFECTED,** I am typing this on the grounds that Dr Lax has **DEPRIVED** Mr Laster of Medical Treatment **PROPERLY,** And **DENIED** Mr Laster Medical Treatment, and many others who are signing this witness statement, So we are giving the Courts a **FULL VIEW** of what we also have **EXPERIENCED** with our encounters with Dr Lax Grievances has been put in by Mr Laster and the many of the under-signed and continue to fall on death ears, not only are we being **DEPRIVED** Mr Laster included of proper medical treatment but Dr lax is **DANGEROUSLY VIOLATING HIS OATH, TO SAVE AND MAINTAIN AND PERSERVE LIFE,** Dr Lax Method is so Dangerous that he can give meds that can **POTENTIALLY CAUSES SOMEONE DEMISE**. The Courts now can have a view of not just the **VIOLATION** of Mr Laster **RIGHTS,** But also of the many others who witness and experience it also. We hope this witness letter truly open up the light on a very dark situation.

Respectfully Submitted,

Thomas Jones.

Charles Kechler

R. Ward

Rene Valenzuela

**WITNESSES**                Date 1/18/22

To The Honorable Court;

We the under-signed witnesses attest that Sergant Kendricks has **ABUSED HER AUTHORITY** time and time again, WE have Heard Sgt Kendricks **SPEAK ON DETAINEES MEDICAL, AND SHE IS NOT TRAINED OR MEDICALLY QUALIFIED TO DO SO,** We have heard Sgt Kendricks State **"you know I don't have to pull yall everyday right?"** refering that to Mr Laster because he filed a **GRIEVANCE** ON Sgt Kendricks. Mr Laster stated "**THE RULES STATE LAW LIBARY IS EVERYDAY MON-FRI 8AM-5PM**" Sgt Kendricks stated "well I ain't pulling you" **DEPRIVING A DETAINEE ACCESS** to study and or prepare for his Trial case in Court Is a violation of his **"DUE PROCESS"**. We have all heard Sgt Kendricks **TELL OFFICERS NOT TO PULL MR LASTER FOR LAW LIBARY,** We also know that the grievances that we all have wrote on Sgt Kendricks have fallen on Death ears and because the Grievance Officer is a Officer Limestone Elected to pull off the floor she has disreguarded and showed to be **BIAS** and leave inmates open for Sgt Kendricks to **RETALIATE AGAINST DETAINEES. WE DEMAND A FULL INVESTIGATION INTO THIS MATTER, OUR RIGHTS ARE PERSERVED AND WE AS LONG AS MR LASTER RIGHTS HAVE NOT BEEN WAIVED.** We hope that this is helpful for Mr Laster and we thank you for your time.

Respectfully Submitted,

*[signature]* michael Clark

*[signature]*

*[signature]* Eduardo Yanes

*[signature]* Tony Browning

*[signature]* #3 Raumond K. Ferrell

*[signature]* Rene Valenzuela

*[signature]* HECTOR CRUZ RAMIRO

*[signature]* - R. Wood

*[signature]* - John Anderson

*[signature]* - Sherman Last

Thomas Jones - Thomas Jones

VICTOR GARCIA

**COMPLAINT**                        Date 1/18/22

To The United States Marshals;

We the under-signed are sending you a **COMPLAINT** against Limestone county Facility, This is a ongoing **ISSUE THAT APPEARS TO BE IGNORED BY YOUR OFFICE.** The first thing and most inportantly, is the officers are **NOT BEING TESTED FOR COVID AND ARE COMING INTO THE FACILITY AND INFECTING THE DETAINEES HERE AT LCDC,** We are **DETAINEES** we have **NOT BEEN CONVICTED OF ANY CRIME,** our rights are perserved and have **NOT BEEN WAIVED,** a copy of this **COMPLAINT** has been picked up by some independent reporters. **WE ARE NOT** getting hot meals, our food that suppose to be hot is coming to inmates cold, we do not have cold water to drink days at a time, and as some of us are muslims we need fresh water and we are being denied access to the Law Library to proceed with our legal work for Court. Is this apart of your contract? Several **DETAINEES** have sent countless complaints that have **FALLEN ON DEATH EARS.** This is Enhumane and **WE DEMAND** a full investigation.

RESPECTFULLY SUBMITTED,

Charles Keckler, Charles Keckler

Michael Clark

Eduardo Yanes, Eduardo Yanes

Tony Browning, Tony Browning

— John Anderson

— Shermaine Laster

Rene Valenzuela — Rene Velazul

Thomas Jones — Thomas Jones

VICTOR CRUZ GARCIA

JOSE RAMOS

Raymond K. Ferrell

# COMPLAINT

To THE WARDEN                                    1-30-22

SGT POCK TOLD ME TO TAKE MY DENIAL OF MEDICAL ATTENTION UP WITH YOU SO THATS WHAT I AM DOING, I FILED A GRIEVANCE BUT MS HALL WILL BE BIAS AS SHE NORMALLY DOES, I'LL LET THE COURTS DEAL WITH HERE COUNTLESS "SAND BAGGING" "SWEEPING" COMPLAINTS UNDER THE RUG.

ON SUNDAY AT OR ABOUT 11AM - 11:30AM I COULD NOT FIND AN OFFICER SO I PUSHED THE BUTTON AND OFFICER WAS VERY DISRESPECTFUL, AND REFUSE TO CALL FOR MEDICAL AND REFUSED TO GIVE ME HER NAME, I LATER FOUND OUT HER NAME IS MS ATKINS. WHEN TWO FEMALES CAME FROM MEDICAL THEY TOLD ME THEY ARE DOING "SICK CALLS", I TOLD THEM MY PRESSURE IS HIGH AND THEY WALKED AWAY.

Lt ANDERSON CAME I EXPLAINED WHAT WAS GOING ON AND THE UNKNOWNED FEMALES CAME BACK AND STATED "I DID PILL CALL AT 9AM AND YOU WAS SLEEP, SHE RAISED HER VOICE WHEN SHE SPOKE AND SO DID I, Lt ANDERSON CLAIMS HE DON'T KNOW THEIR NAMES "THEY ARE SPANKING NEW" SO THIS COMPLAINT IS ON Lt ANDERSON AS WELL, I AM FEELING VERY BAD AS I WRITE THIS BUT LIMESTONE MEDICAL HAS DENIED ME EMERGENCY MEDICAL ATTENTION

I WANT THIS COMPLAINT PUT INTO THE MEDICAL STAFF FILE AND I WANT REPRAWIAND TO OFFICER ATKINS AND LT-ANDERSON. IS THIS RETALIATION BECAUSE OF ME EXERCISING MY RIGHT TO FILE COMPLAINTS AGAINST YOUR CRIMINAL STAFF.

AS I WAS WRITING THIS COMPLAINT NURSE OG WAS WALKING BY AND WAS STOPPED SHE JUST TOOK MY VIDALS, AND STATED SHE WAS IN THE OFFICE ALL DAY, AND NO ONE TOLD THEM ANYTHING.

WITNESSES; P. Wael

Raymond K. Ferrell

Thomas Jones

Ja Corey Anderson          Stan d— Cynn

Ron Valezala

Anthony Turner

Respectfully Submitted

## COMPLAINT

Hello Warden                                        1-27-22

I AM A bit Tickled as I write this letter to you, because I have received a notice on the tablet By Officer Brooks from the Mailroom stating "MY LEGAL MAIL has been placed in my Property, I filed a grievance and Ms Hall an officer I spoke to you About Prior, stated I must inform officer Brooks of any self Address envelopes.

I Don't have to inform you or this jail About Anything Pertaining to my Legal Activities, Legal Mail going And coming back is TOTALLY CONFIDENTIAL, opening my LEGAL MAIL OR TAKING MY LEGAL MAIL IS A VIOLATION OF MY CONSTITUTIONAL RIGHT, I HAVE TO SAY THIS SO YOU ARE AWARE AND WHEN I RESUBMITT MY DOCUMENTS IN COURT, THEY ARE AWARE I INFORMED YOU.

SO HERE IS WHAT I AM GOING TO DO WHILE AT YOUR HOLDING FACILITY, I AM GOING TO CONTACT MY ORG "BLACK LIVES MATTER", AND THE MARSHALS AND INSPECTOR GENERAL, I ALSO HAVE FRIENDS WHO ARE MEDIA AND ARE ALREADY AWARE OF ALL THE MAJOR VIOLATIONS OF THIS PLACE, MY LEGAL MAIL IS PROTECTED, IF YOU LOOKING TO GET A NEGATIVE REBUTTAL FROM ME, I CAN PROMISE YOU I WON'T.

WHEN I SAY I AM GOING TO DO SOMETHING, IT REALLY MEANS I HAVE NOTIFIED ALL PARTIES ALREADY! I WANT MY LEGAL MAIL GIVEN TO ME, AGAIN I WAS FOLLOWING THE INSTRUCTIONS OF THE COURT AND MY LEGAL MAIL IS NOT LIMESTONE BUSINESS

THIS DOCUMENT HAS BEEN SIGNED BY 5 WITNESSES SO BY NO MEANS YOU CAN LIE AND SAY I SAID OR DID SOMETHING I DIDN'T, I DON'T TRUST ANY STAFF HERE AT LIMESTONE. I WILL NOT WRITE YOU AGAIN, AND I AM TRYING TO DO EVERYTHING IN MY POWER TO GET THIS JAIL SHUT DOWN, AND ALL I HAVE TO DO IS KEEP WRITING MY TRUTH.

THANK YOU FOR YOUR TIME AND COOPERATION

Respectfully Submitted

CC E. TYSON Jr    ATTORNEY

CC US MARSHALS FOR THE NORTHERN DISTRICT

CC US MARSHALS FOR THE WESTERN DISTRICT

CC INSPECTOR GENERAL FOR PRISONS

CC HOMELAND SECURITY

CC JUDGE JANE J BOYLE

CC CHEIF JUSTICE JUDGE ROBERTS JR.

CC BLACK LIVES MATTER HQ

CC BEN CRUMP   CIVIL RIGHTS ATTORNEY

WITNESSES TO ATTEST TO THIS LETTER.

Shermaine Laster
# 52285509
April 6, 2022

TO Ms Hall

    I GREET YOU WITH SALAAM WHICH MEANS PEACE, I AM SENDING YOU A WRITTEN COMPLAINT, MY NAME HAS BEEN TAKEN OFF THE LIST FOR RAMADAN, LAST NIGHT I WAS EXPECTING A TRAY, AND I WAS NOT GIVING ANYTHING TO EAT, I WANT TO SAY IT WAS A MISTAKE AND NOT ACCUSE ANYONE OF SUCH A TERRIBLE THING AS TAKEN MY NAME OFF, I BEEN QUIET AND DID NOT WRITE MY CONCERNS ON PAPER, BUT I TURN MY TRAY AWAY AND I PRAY 5 TIMES A DAY.

HOW AND WHY CHAPLAIN JACKSON WOULD NOT HAVE MY NAME ON THE LIST, AM I BEING DENIED RAMADAN PARTICIPATION? A CHAPLAIN JOB IS SUPPOSE TO NOT FAVOR ONE WALK OF LIFE, AND DO NOT HAVE THE POWER TO STOP A PERSON FROM PRACTICING BECAUSE HE FEELS LIKE IT, I WANT TO SAY IT WAS A MISTAKE AND WILL BE CORRECTED.

I WILL NEVER STEP OUT OF WHO I AM AS A PERSON, YOU WILL GET A GRIEVANCE WRITTEN ON CHAPLAIN JACKSON, AND OFFICER WOLF.

Sherruine Lasker #2285509
April 15, 2022

# Grievance Complaint

THIS GRIEVANCE IS AGAINST LT URKIENE, SHE KNEW WHAT TIME WE WAS SUPPOSE TO BE CALLED OUT AND TOTALLY, DISRESPECTED AND DISOBEYED THE WARDEN INSTRUCTIONS ON THE TIME, AND WHEN SHE WAS MADE AWARE THAT WE WAS NOT CALLED OUT, HER REPLY WAS "I CALLED IT!!" WHICH WAS UNTRUE AND FALSE. WE WERE WAITING TO BE CALLED OUT AND WAS NOT CALLED OUT, AND IT WAS BROUGHT TO HER ATTENTION AS WELL THAT THE OFFICERS STATED THAT "IT WASN'T CALLED AND WE WASN'T PULLED." WE ARE ~~REQUESTING~~ SL REQUESTING ACTION BROUGHT AGAINST HER, FOR HER CARELESS ACTIONS AND REMARKS, AND A VIOLATION OF OUR CIVIL RIGHTS.



I AM BEING DISCRIMINATED ON WHEN IT COMES TO STONE COUNTY DETENTION CENTER WORK PROGRAM FOR DETAINEES / INMATES, AND ITS SOLELY BECAUSE I AM A BLACK MUSLIM WITH MY POLITICAL BELIEFS ON JUSTICE AND EQUALITY FOR ALL MEANS, BECAUSE I EXERCISE MY RIGHTS TO WRITE UP WRONGS PRAYING THE "GRIEVANCE" OFFICE WILL CORRECT THE WRONGS, I AM BEING LOOKED OVER

2.1 (B) NON DISCRIMINATION POLICY - AT NO TIME WILL ANY INDIVIDUAL, STAFF OR VOLUNTEER, DISCRIMINATE IN THE PROVISION OF SERVICES TOWARD ANY INMATE / DETAINEE BASED ON RACE, RELIGION, NATIONAL ORGIN, SEX, HANDICAP OR POLITICAL BELIEFS OR ON THE BASIS OF DISABILITY, PROGRAMS AND ACTIVITIES ADMINISTERED FOR PROGRAM BENEFICIARIES AND PARTICIPANTS. DISCRIMINATION IS PROHIBITED IN THE PROVISION OF ANY INMATE SERVICES, INCLUDING, BUT NO EXCLUSIVE TO : MAIL TELEPHONE, VISITING, LIBRARY (MOBILE CART ONLY) RELIGIOUS PROGRAMS, RECEPTION AND ORIENTATION, TRANSPORTATION SERVICES, INITIAL CLASSIFICATION, FOOD SERVICES, SANITATION AND HYGIENE, HEALTH CARE, SOCIAL SERVICES, RELEASE, DISCIPLINE, GRIEVANCE PROCEDURES AND DUE PROCESS PROCEEDINGS, SAFETY AND EMERGENCY PROCEDURES, ACCESS TO MEDIA, COURTS, COUNSEL, COMMISSARY, VOLUNTEER PROGRAMS, AND PSYCHOLOGICAL AND PSYCHIATRIC SERVICES.

ON PARTICIPATING IN LCDC WORK PROGRAMS, ON APRIL 22, WHILE IN THE REC YARD I STOPPED ASSIST WARDEN TERRANCE MOORE AND ASKED HIM "WHY AM I BEING BOYCOTTED ON WHEN IT COMES TO WORK", HIS REPLY WAS "WHEN SOME ONE WANTS YOU" I REPLIED WHAT? MR MOORE STATED "SOMEONE HAS TO WANT YOU", A DETAINEE IN C/A APPLIED FOR A JOB IN THE KITCHEN, THE SAME TIME AS ME AND I WAS TOLD THERE ARE NO SPOTS AVAILABLE BUT TURNED AROUND AND HIRED AN DETAINEE IN MY TANK, MS JOHNSON ON APRIL 22, CAME TO THE SAME PERSON AND GAVE HIM A JOB, I HAVE REQUESTED A JOB IN THE KITCHEN, BARBER, PAINTER, MAINTENANCE, SSI ON @ C-SIDE, AND I AM BEING DISCRIMINATED ON.

Sherylanne Laster
# 52285509

# GRIEVANCE    COMPLAINT.                April 15, 2022

This complaint is against Ms Hudson and the two other officers who refuse to give up their names, The muslim community as well as myself was waiting to get pulled out, And was never pulled out, I asked Ms Hudson when we was getting pulled out and she said when she get around to it! Really? Is this because she received a write up a few days ago, No she is demonstrating retaliation against the muslims, when officer Lt Wragge who is a known racist, receive notice that we was not pulled, His reply was "They were pulled out"!! Ms officer Brackett stated no they wasn't, the officers on the floor stated they did not pull them out! Wragge response was well let them do it in their cells, so disrespectful on so many levels, and will not be tolerated, the muslims are being treated unfair, I am trying to avoid this process, but respect goes both ways! I ask that this matter be address, and the due punishment/reprimand be [SL] is given to the three officers with Ms Hudson in charge.



220418-LCDC-16

INMATE
COPY

I DON'T HAVE GRIEVANCE PAPERS OR FORMS, THIS COMPLAINT GOES TO SGT NICKLESON, HIS CHILDISH BEHAVIOR, AND POOR JUDGEMENT MAKES ME QUESTION HIS POSITION AS SGT. SOMEONE THREW TRASH AND MILK IN THE HALL, I WAS READING MY QURAN AT THE TIME, AND SGT NICKLESON THREATEN TO WRITE CASES ON EVERY, I ASK DID YOU SEE WHO DID THIS, HIS REPLY WAS "NO", "BUT GIVE HIM UP" OR "I AM GOING TO GIVE YOU ALL A CASE" IN ORDER FOR ANY CASE TO STAND, SGT OR ANY STAFF AT LCDC HAS TO WITNESS AN INFRACTION.

I START TRIAL THIS WEEK, AND I AM TRYING TO REMAIN QUIET, BUT I DON'T WANT TO BE AGRAVATED, THE SGT IN QUESTION SHOULD NOT BE SGT, PASSING AND OFFERING CONTRABAND AS WELL AS OFFERING.

Shermaine Laster

52285509

C/A

APRIL 18, 2022

Your grievance has reached this office. There is something called due process. So if this were to happen just let me know and I will take care of the issue.

| LA SALLE CORRECTIONS | Inmate / Detainee Grievance Form | 1 | INMATE LCDC  |
|---|---|---|---|

| Instructions: Inmate/Detainees-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an Emergency-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety) | Grievance Number: (Grievance Coordinator will assign number) 220418-LCDC-18 |
|---|---|

| Inmate/Detainee Name: Shermaine BATTLE | Inmate/Detainee Number: 52285509 | Housing Location: CIA |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

Today sunday April 17, THE DINNER WAS BROUGHT TO USE COLD AND BRIED UP, EVEN THE LT WHO WAS ON DUTY AGREED WITH ME, THE FOOD HAS GOT TO BE BETTER, THE FOOD IS SO NASTY I WOULDN'T GIVE IT TO MY DOG. SO WE FAST ALL DAY ~~FORCE~~ WE FAST AND TO GIVE US THIS IS AN ~~_____~~ INSULT, AND VERY DISRECTFUL, WE ARE ASKING FOR YOU ~~_____~~ TO TAKE CARE OF THIS GRIEVANCE. EXCUSE ME FOR MY ~~_____~~ SLOPPY HAND WRITING, ~~_____~~ I DID NOT HAVE MY GLASSES.

| Date/Time Submitted: 4/14/22 | Inmate/Detainee Signature: | Emergency: ☑Yes ☐No |
|---|---|---|

Inmate/Detainees will not write below this line

| Date/Time Received: 4.18.22 | Grievance Coordinator Name: C Hall | Emergency: ☐Yes ☑No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Your grievance has reached this office. After reading your grievance and calling the manager about what is going on with the food for Ramadan. She stated it is left in the hot box a 165°. Also that she do not make the menu she have a dietican that makes the menu for 35 days out. No further action warranted. Also I made Major aware of this grievance.

| Date of Response: 4.18.22 | Responding Staff Member name: C. Hall |
|---|---|

If you believe the issue was not resolved and desire to appeal to step two:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

LCDC-044-1 Step 1 Grievance Form

## 92907509 : GONZALEZ-BARRERA, MARCELO

Location: LCDC W C-1A

Limestone County TX                4/13/2022

514

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 2050 | SNICKERS CANDY BAR 1.86 OZ | 2 | 1.30 | 2.60 |
| 2060 | REESE'S PEANUT BUTTER CUP 1.5 OZ | 2 | 1.30 | 2.60 |
| 2090 | 3 MUSKETEERS CANDY BAR 1.92 OZ | 2 | 1.30 | 2.60 |
| 2100 | MILKYWAY CANDY BAR 1.84 OZ | 2 | 1.30 | 2.60 |
| 2210 | HERSHEY'S MILK CHOC 1.55 OZ | 2 | 1.30 | 2.60 |
| 8427 | PRAYER RUG | 1 | 18.00 | 18.00 |

Balance After:        $18.31

| | |
|---|---|
| Subtotal: | $31.00 |
| Taxes: | $2.18 |
| Total: | $33.18 |

Sign: _____

SAME GUY PURPOSELY BUYING OUR PRAYER RUGS, AND MYSELF AS A MUSLIM HAVE TO BUY A RUG JUST TO PRAY ON.

# 92907509 : GONZALEZ-BARRERA,  MARCELO

Location: LCDC W C-1A

Limestone County TX                    4/6/2022

500

| | Code | Product | Qty | Price | Extend |
|---|---|---|---|---|---|
| | 1014 | *FOLGERS COFFEE 4 OZ | 1 | 4.85 | 4.85 |
| | 1093 | POWERADE FRUIT PUNCH 20OZ | 5 | 1.06 | 5.30 |
| | 4030 | *PEANUT CREMES COOKIES 5 OZ | 1 | 1.34 | 1.34 |
| | 5081 | *LIME CHILI SHRIMP NOODLES | 5 | 0.46 | 2.30 |
| | 5150 | *PICKLE - HOT 9.6 OZ | 1 | 1.25 | 1.25 |
| | 5191 | JALAPENO SLICES (JAR) 12 OZ | 2 | 1.25 | 2.50 |
| | 5492 | *HOT SAUCE 6 OZ | 2 | 1.06 | 2.12 |
| | 8427 | PRAYER RUG | 1 | 18.00 | 18.00 |

Balance After:        $0.48

Sign:

Subtotal:    $37.66
Taxes:      $1.57
Total:      $39.23

PEOPLE WHO ARE NOT MUSLIM ARE ABLE TO Purchase our prayer rug from the JAIL STORE improving on our (muslim community) WAY OF LIFE.